◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIK WALLACE, Also Known as ERIC WALLACE, Appellant. [33 NYS3d 731]—An appeal having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County (James Burke, J.), rendered March 26, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Mazzarelli, J.P., Renwick, Moskowitz, Gische and Gesmer, JJ.